Application to Proceed (Rev. 2/98)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

NO. **C08 1178 RAJ**

Plaintiff/Petitioner

vs.

Defendant(s)/Respondent(s)

APPLICATION TO PROCEED
IN FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

I, __Carleen-Sue__, declare I am the plaintiff/petitioner in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present are *briefly* stated as follows:

_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED

AUG 07 2008   JS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY

In support of this application, I answer *all* of the following questions: **N/A**

1. Are you presently employed?

   ☐ Yes ☒    State the amount of your salary or wages per month, and give the name and address of your employer (list both gross and net salary):

   ☐ No ☒     State the date of last employment and the amount of the salary and wages per month which you received:

2. In the past twelve months have you received any money from any of the following sources? **N/A**

   a. Business, profession or other self-employment     ☐ Yes   ☐ No
   b. Rent payments, interest or dividends              ☐ Yes   ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☐ No
   d. Disability or workers compensation payments       ☐ Yes   ☐ No
   e. Gifts or inheritances                             ☐ Yes   ☐ No
   f. Any other sources                                 ☐ Yes   ☐ No

If the answer to any of the above is "Yes," describe each source of money and state the amount received from each during the past twelve months:

COMPLETE REVERSE SIDE



08-CV-01178-IFP

3. Do you own any cash, or do you have money in checking or savings accounts? N/A

   ☐ Yes    ☒    State the total value of each item (Include prison account funds):

   ☐ No

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? N/A

   ☐ Yes    ☒    Describe the property and state its approximate value:

   ☐ No

5. Are any persons dependent upon you for support? N/A

   ☐ Yes    ☒    State your relationship to those persons, and indicate how much you contribute toward their support:

   ☐ No

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: Aug 7, 2008
DATE

ERAL
Carleen-Sue
SIGNATURE OF APPLICANT

---

**CERTIFICATION**
**(FOR PRISONER APPLICANTS ONLY)**

Have the institution fill out the Certification portion of this application and attach a certified copy of your prison trust account statement showing transactions for the past six months.

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at (name of institution _____.

---

| ORDER OF COURT | |
|---|---|
| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security therefor. |
| United States Judge    Date | United States Judge    Date<br>or Magistrate Judge |