UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CARLEEN S. DAHLSTEDT, | ) | Case No. C08-1178-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| CITIBANK SOUTH DAKOTA, NA, et al., | ) | |
| Defendant. | ) | |

The Court, having reviewed plaintiff's complaint, together with all materials in support of and in opposition to the complaint, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the plaintiff's objections to the Report and Recommendation, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B). As a result, her IFP application is DENIED as moot.

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 16th day of September, 2008.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge